1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JOEL D. DEUTSCH (Bar No. 102660)  jdd@jmbm.com
2  JULIA J. RIDER (Bar No. 67277)  jjr@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:   (310) 203-0567                    E-FILED 07/21/09

5  Attorneys for Defendants IAC KNOTT/TROJAN, LLC    JS-6
   and INTERNATIONAL AIRPORT CENTERS L.L.C.
6  and Counterclaimant IAC KNOTT/TROJAN LLC

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

| | |
|---|---|
| DUMAR INTERNATIONAL USA, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>IAC KNOTT/TROJAN, LLC, a Delaware limited liability company; INTERNATIONAL AIRPORT CENTERS L.L.C,, a Delaware limited liability company<br><br>Defendants. | CASE NO.  CV08-05019 PSG (CTx)<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT |
| IAC KNOTT/TROJAN, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>DUMAR INTERNATIONAL USA, INC., a Massachusetts corporation,<br><br>Counterdefendant. | |

**STIPULATED JUDGMENT**

Based on the stipulation of the parties, this Court enters judgment as follows:

IT IS ORDERED AND ADJUDGED that effective as of May 15, 2009, Defendant and Counterclaimant IAC Knott/Trojan LLC and Defendant International Airport Centers L.L.C. shall recover from Plaintiff and Counterdefendant Dumar International USA, Inc. the sum of $1,000,000 as actual damages.

The Court will retain jurisdiction of this cause for such other and further orders as may be necessary.

DATED: 7/21/09

*PHILIP S. GUTIERREZ*
United States District Judge